660 A.2d 582

**CITY OF PHILADELPHIA, Respondent,**

v.

**FRATERNAL ORDER OF POLICE, LODGE 5 (Officer Gary WAKSHUL), and Gary Wakshul, Petitioners.**

Supreme Court of Pennsylvania.

June 13, 1995.

## ORDER

PER CURIAM:

AND NOW, this 13th day of June, 1995, the Petition for Allowance of Appeal is granted and the order of the Commonwealth Court at No. 1836 C.D. 1990 dated November 30, 1993 is vacated; and this case is remanded to the Commonwealth Court for reconsideration in light of our decision in *Pennsylvania State Police v. Pennsylvania State Troopers' Association, Trooper James Betancourt*, 540 Pa. 83, 656 A.2d 83 (1995).

MONTEMURO, J., is sitting by designation.